
**WELLS FARGO**

# Jurat Certificate

State of __MINNESOTA__

County of __HENNEPIN__

Subscribed and sworn to (or affirmed) before me on this __4th__ day of __MARCH__, 20__19__, by __TAMIKA LATOI SUTTLES__

Place Seal Here

Notary Signature _____

GE VANG
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2020

## Description of Attached Document

Type or Title of Document

COMPLAINT FOR CIVIL CASE SPECIAL APPEARANCE REQUEST, AFFIANT AFFIDAVIT JURAT OF LETTER OF INTENT TO LOCATE FOR SEIZURE, LIEN, GARNISH CONFISCATION, LEVI, LIQUIDATION OF ALL ASSETS, SURETIES, SECURITIES OF ALL ASSETS INCLUDING CEASE & DESIST & STAND DOWN ORDER

Document Date: MARCH 4, 2019

Number of Pages: 12

Signer(s) Other Than Named Above
_____

DSG3018 (Rev 00-2-15)

SCANNED
MAR 11 2019
KOS
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT

## Administrative Common Law

## Multi-Jurisdictional District

## Constitutional Tort Right Violation

| | |
|---|---|
| Tamika Latoi Suttles of the | Case No._____ |
| TAMIKA LATOI SUTTLES ESTATES | Jury Trial: Yes and Demanded |
| And all Variations thereof; | Multi-Purpose Subpoena Request |
| | CC: Forward Service Summons to All Sectors |

V.

CC: Forward to All Sectors through all Navigational Methods

In all Color of Law Capacities

All DBA

City, Local, State, Federal, International, Global, Etc.,

Public/Private Government Sectors including all

Shareholders, Stock Holders, Investors, Donors, Partners, Owners

Corporate Fiduciary Entities, Agencies, Institutions, Organizations,

Or any other Titles, Labels, Names to Assert and Enforce

For Failure to Submit Individual Capacity Information

**COMPLAINT FOR CIVIL CASE SPECIAL APPEARANCE REQUESTS**

**AFFIANT AFFIDAVIT JURAT OF LETTER OF INTENT TO LOCATE FOR SEIZURE, LIEN, GARNISH CONSOLIDATION, LEVI, LIQUIDATION OF ALL ASSETS, SURETIES, SECURITIES OF ALL ASSETS including a CEASE AND DESIST AND STAND DOWN ORDER**

I. The Parties to This Complaint

(A). the Plaintiff(s)

Tamika Latoi Suttles

5101 Bass Lake Rd# 3

Crystal Minnesota 55429

[763]-951-9882

Godzprotected88@yahoo.com

Unviersalconnection777@yahoo.com

Many other Emails "Sting Ray" and other Titles Government Hacked

(B). the Defendant(s)

1. Enforced Service the Summons to all Entities as a "Whole" due the Color of Law Capacities Violations

All Defendant Parties to the complaint failed to submit requested information to correctly service the summons petition including failing to release affidavit subpoena request of all files and information with threats of illegal detainment, False Imprisonment, and thrown out the only public and private access to mediate legal matters building all submitted affidavit jurat petitions went un-contested, un-refuted, un-rebutted that stands as truth in fact in all courts jurisdictions of laws including proving the "major conflict in and of Interests" abuse of authorities of "Force Law" and the violations Captioned.

~Major Breach of Fiduciary Duties

~Errors of and Omissions

~Perjury

~Fraud

~Misstatements

2

~18 U.S.C 241, 242 Violations

~42 U.S.C 1983 Act Violations

~Minnesota Reviser Statute 574.24

~Please Review All Affidavits Submitted to all Case Numbers 14-CR-368, 15-CV-3152, 15-CV-3373

17-cv-4066, 18-1192 8th Circuit Court of Appeals and United States Supreme Court filing Temperament.

II. Basis for Jurisdiction

The Petitioner merits to the case and claims falls in these jurisdictions under 28 U.S.C § 1332 a case that arise under the United States Constitution or of Federal laws and Treaties and is a Federal Question Case.

(A). Defendants due to the fact the State and Federal and all other Sector Parties to the cases are receiving and navigating Assets, Sureties, Securities of Funds, Trusts, and Estates of all Public and Private Sectors, receiving grants, and using State and some Federal Entities Payroll Sectors who submit through the Minnesota Management and Budget and Tolta Accounts, IRS, Department of Treasury, Federal Reserve Bank, International Monetary Fund, Bank of International Settlements, World Banks, etc., that conflict with the immunity clauses they abuse knowing it is in violation of the [1976 foreign Immunity Act] that falls within in the definition of "[Trading with the Enemy Act] and the Original 13th Amendment ratified before 2nd World War" that got stalled from public view including the R.I.C.O Act and the Espionage Act and other violations asserted in all affidavits to be enforced including 18 U.S.C § 241,242.

(B). Jurisdiction is Diversity of Citizenship

(1.) Under 28 U.S.C § 1332 all Parties are of multiple states, regions, nations, etc.; across the globe and assets, sureties, securities and other business endeavors are navigated through all sectors and the and the amount at stake is more than $75,000 that proves the diversity to the case in question that presents "Major Conflict in and of Interest".

(2). Plaintiff Tamika Latoi Suttles currently live in Minnesota and birth certificate traces back to Indiana and due to all harassment and retaliation acts committed against petitioner including slander and defamation done to Housing, Employment, Criminal, Probate, Credit, etc., records on all national databases petitioner is unable to afford or obtain proper documentation to leave Minnesota without complications of "entrapment" arrests, warrants, or any other forms of hardship to travel to any other locations also the fact income is not enough to file cases leaving no choice but an "Informa Paupris" including stolen assets to be located and received once all matters are resolved in immediate manner.

(3). Defendants of all State, Federal, and other title, label, name, Sectors are in [Color of Law] capacities spread throughout multiple jurisdictions and without individual capacity information the compensation for all damages falls on all Entities Sectors as a "Whole" to cover any and all fees, damages, injuries, liabilities that occurs since they are in in control of all assets, sureties, securities, trusts, and all other accounts and information of all public and private accounts and information including legal matters.

III. Statement of Claim

Plaintiff who is a private investigator went to every sector to contest hardship information and damages, injuries, liabilities, caused by each sector listed in claim with the best of abilities available and discovered major flaws in contesting inaccurate information including all Policies, Procedures, Regulations, Ordnances, Statutes, Codes, Laws, that conflict and are "Unconstitutional" with a one sided solution that only protect the ones administering these laws and titles of them and no real way to seek a neutral remedy being requested and all sectors are failing to follow Proper Protocols and Procedures required when taking a public job title, duty, office, seat, etc., and are in breach of fiduciary duty requirements, errors of omissions, perjury, fraud, misstatements, and abuse of power and authority with Force Law, threats, harassment, retaliation, of illegal detainments, false imprisonment, abuse, assaults, forced Jarvis of allergic neuroleptic medications such as Haldol that links to the government whistle-blower harassment technology

known as Mk-Ultra, Px- 67 Software and many other prohibited harassment projects that my grandparents in Indiana was murdered in February of 2002 that murder still has not been solved protecting me from these type of illegal prohibited acts and due to the [Contracts and gag order] that come if you ever was a government employee was not able to finish my lawsuit of other events that place Indiana and other states and jurisdiction to be consolidated in these lawsuit affidavit claims that has constantly being submitted and either derailed or covered up stalling progress needed.

Petitioner had to go to many law libraries and other archives to investigate and research protection laws to have invoked, asserted, and enforced back at and on all sectors in violation to hold them accountable for their negligent acts including the attack of Jill Eleanor Clark a private attorney who was assisting with my cases and claims and due to the fact she was running for Minnesota supreme court chief justice seat she was politically attacked and her clients got shafted in the process and all cases never got in person hearing the was being requested and all other law firms refused to take any of petitioner cases and a few told the truth of fearing what happened to my private attorney jill clark it will happen to them which leaves petitioner no other choice but to file pro se when claims and acts committed and submitted harms the reputation, body, and estates of the petitioner and no other course of a solution is available.

Petitioner recognizes that she is not a "bar member" and have no bar member registry number that list at most lawyers of professional misconduct registry filing or aba, judicial filing locations of prosecutors, public defenders, judges, that are also [bar members] and with further investigations discovered a "major conflict of interest" in the whole process challenging the July 14th 2014 libre code violation and the original 13th amendment violation of the title of nobility act including the submission of payroll being sent to same vendor which proved "Policing for Profit" motives why the judges were not in the neutral mediation job requirement capacities and the fact the [forced public defenders] were guised as protecting clients 6th amendment rights but was actually in violation with the prosecutors and judges of petitioners 1st, 2nd, 4th, 5th, 6th, 8th, 14th, and other amendment right tort

5

violations to be enforced and due to each administration changing them to state different petitioner invoke the original ones to be upheld and honored.

Petitioner also realized that there is no valid legal way to articulate the legalese, verbiage, and capital maximus that is being used in different ways throughout each sector and bar members submitting claims and cases for others and request equal accommodations be made to enforce as long as the cases and claims a legible, states the purpose, what's being requested, and a neutral mediation to a resolution and remedy no claim or case should be denied to have a hearing or a chance to clarify a solution or remedy or request to be investigated, upheld and honored.

Petitioner is requesting and immediate nullification of all records throughout all databases because of the slander and defamation done to character, reputation, and ability to barter and operate in commerce please review 4th judicial district state case numbers 27-CR-14-11243 at government center that was removed in November of 2014 with a successful Federal Status of removal challenging all constitutional and due process right tort violations and a remand was never submitted, a valid claim to the complaints, and fraudulent typed judge signatures with proof from judges clerk to amended complaints judge never signed complaints and with e-signature requirements there was never any valid uploads submitted and with their "orders" alleging years of experience it failed to honor accurate filing like other complaints investigated including [examples of e-signatures used by other businesses] and failed to state illegal actions and tactics used throughout the case such as sheriffs guised as marshals in march of 2015 to arrest petitioner and no warrant exist, the fake unaccounted for when requested warrant, march of 2015 to December of 2015 illegal detainment at a prison, jail, mental health facility, that illegally ordered a forced Jarvis of neuroleptic medications petitioner is allegoric to and sustained bodily injuries including the link to the prohibited without consent mk-ultra project, and a sexual harassment claim at these facilities case number 2015-013 which diane nelson a crime lab sheriff committed a conflict of interest investigation knowing she was a crime lab technician to the state case listed and them having child protecting licensing id cards given to the petitioner and investigations were never continued.

6

The threats of harm while in these facilities and 8th amendment unsanitary and unsafe confinement cells 24 hour lock down instead of 23 and one hour out required, and hack voice recognition phone calls tampered to where petitioner was unable to reach all parties intended for help of these violations, bruises failed to be properly documented, failure of proper health care advocacy they contract with hcmc and petitioner has a legal claim against them still pending, the judges, prosecutor, public defender keep committing fraud to collect a payment on this case and petitioner requested all accounting information to all cases through all affidavit jurats submitted and waiting to receive the defendants know the case was a retaliation case, a status of removal was done without proper contesting, petitioner never got a grand jury indictment with that many charges pending and the extent of the charges, charges was added to intimidate a plea deal submitted to all national data bases before trial and without a conviction, all jury trials from each action was denied especially in probate rule 20 court as requested, and the forced public defenders watched assaults and failed to protect petitioner, and gave an either be hurt and take illegal act detainments or stay confined and risk more assaults.

Petitioner was also probation violated attacked in Ramsey county case number 62-CR-10-1465 of a closed fraudulent case that got re opened through illegal and prohibited political gain and pull moves around election and other political gains sgt. Tyrone Strickland exposed, that was done by a prosecutor signature only and the whole trial was rigged see all submitted complaints and transcripts including denied evidence that made this case also able to be able to avoid any and all statute of limitations claims that can be sought that has many other assaults and 8th amendment and other tort violations like the other claims with evidence already submitted through all cases listed that along with the other 52 or more cases that State taxes was confiscated without a proper way to contest, vehicles missing, and other court complaints that the major conflict of interest in "policing for profit" keeps getting proven knowing the prosecutor, judge, public defender are paid with same E.I.N/T.I.N payroll account and petitioner caught the judges acting in a ministerial capacity after the defendant more than the prosecutor instead of in a neutral mediation capacity required by law and request a refund of all fees and

refunds stolen constantly being petitioned, a full nullification of all records on all databases or anywhere else that causes hardship, damages, liabilities and injuries, and all cease and desist and Stand-down orders through common law affidavit jurat remedies be upheld and honored especially if legal matter have to be conducted at these locations.

Petitioner is still in investigation process and discovered a license belonging to a William G. Zane Sr. a Holly wood actor Medical School license and the dad of Billy Zane in the Movie the Mummy that closed down in 2008 discovered during investigations and the license dates back to 1991 and 1992 and when trying to get information and details of why license was found at 5101 Bass Lake Rd crystal minnesota 55429 law enforcement and sectors failed to give me information informing them that the license was found by confidential snitches and informants of state and federal sectors who was seen with medical attire on and bringing in bulky equipment in building in their unit the top forplex over petitioners unit including law enforcement sector sources in and out of unit during the hours of 10 pm and 6 am give or take of time and the "Sting Ray" hack box used hacking the petitioners devices ease dropping and tampering with information and evidence and prohibited-ly without consent conducting medical research and experimentations known as "dream scaping" raiding and tampering with memory and dreams also known as mind control my military grandparents were murdered protecting me from these illegal acts and projects and finding out CIP Housing program of building, Ykesha chabar Evans and other Evans, Williams, fisher, family members connected to crystal police case number 17-020877 who name is on a illuminati member list of Indiana and other areas was trying to do some type of initiation claiming Billy Zane and Holly wood was involved in grandparents and uncles murders and the illegal deadly technology attacks being conducted on me claiming government is involved and they are supposed to gain some sort of [psychotic reptilian and alien morphing and powers] through the acoustic microchip inserts petitioner has been neglected and has failed having hospitals remove it without detainment holds and [b52] multiple series injection shots of [Haldol, Ativan, Benadryl] that confirms proof and evidence of the CIA, FBI, Illuminati Mk-Ultra projects that are illegal and prohibited and violates 50 U.S.C

Titles of laws to hold all accountable for these acts that caused petitioner and her kids to loose hair, especially from the water tampering at only location to live with damaged record, organs to malfunction, and other health issues hospitals, clinics and other locations fail to investigate or give accurate testing needed to prove these illegal acts and have saved evidence that will prove it when case is able to get a proper review and accurate in person hearing only trial being requested including lie detectors of the parties of defendants that are committing these violations and Bonds and Insurance to cover damages.

(4). Petitioner is reminding all sectors and judges that these violations committed was done in a [color of law capacities] knowing the requests for all affirmation of oaths and oath bonds attached, all Surety Bonds, and Professional liability insurance has been requested and failed to be obtained and since all sectors have been alerted of these violations have still been having judicial and other court sessions are still reviewing and presiding over legal and other matters whether labeled DBA Corporate Fiduciary Entities are the only current avenue to handle all public and private matters having control over all government buildings and petitioner in invoking, asserting, enforcing, the administrative supreme common law jurisdiction of remedy by upheld and honored to be navigated in these building until a more neutral location that doesn't present a "Major Conflict of Interest" can be obtained failure to do so can result in termination of positions and statuses including shut down of building if no other resolution of remedy in remedial law can be accurately administered without violations being addressed

IV. Relief

Petitioner through administrative common law method of resolution and remedies had submitted Multiple Universal Affiant Affidavit Jurat notarized to the Lake County of Indiana County Recorder and of deeds case numbers 2017 050148 August 10th 2014, case number 2017 050781 August 14th 2017, North West Indiana Times News Media August 18th, 25th 2017 September 1st the 3 consecutive weeks required, Minnesota Insight News by Mc Farlane News Paper Media, October 2nd, 9th 2017 the two weeks requirements because of "Sting Ray " Hacked, Minnesota Government Center refused and threated with arrest and was forced out the

building to file violating rights so petitioner went to the Minnesota Federal District Courts across the street and Filed "Civil Case No. 17-cv-4066" to at minimal have it recorded and documented on a Public Court Docket on August 30th or 31st 2017 and notified all sectors and parties of these filings even took extra measurable steps to notify and as time went past all Affidavits for the amount of 42.7+ Billion in Assets, Sureties, Securities, including any all administrative fees, all fees, Interest, and other amounts to assert of fines and penalties constantly still occurring to this very day and as illegal acts of authority abuse and force law including violations of threats and attacks these affidavits did go Un-contested, Un-refuted, Un-Rebutted and it does stand as truth in and of fact throughout all jurisdictions especially the Supreme Common Law Administration method being sought to be navigated through these jurisdictions as required by all laws of neutral mediation to resolution and remedy and "Force Comply Law" back legally all sectors comply, uphold, and honor as required since petitioner followed every "Proper Protocol and Procedure" accurately from courts methods and the method petitioner had to find a another solution to use before courts was enacted due to the level of authority abuse and illegal acts being committed and request criminal charges being request are also upheld and honored to ensure that "No one is Above the Law" especially those enforcing on others and then trying to avoid persecution and prosecution from their crimes committed.

(5). Petitioner also will alert these Affidavits acts as a only administrative navigational solution available to collect on debts owed from the violations listed of Minnesota reviser statute 574.24 which is honorable by any parties injured, damages and liabilities sustained in a [Color of Law Capacity] committing these illegal Acts including 42 U.S.C § 1983 Act violation but all sectors refuse to submit individual capacity information requested so it must be compensated from the Entities as a and for Full Coverage of claims to be settled and paid effective immediately through forced legal compliance recommended especially the same remedies to collect being forced of the public and private people, clients, defendants, and many other titles to assert being able to use all sectors collection tools and procedures of law enforcement assistance, and legal muscle to come and collect without interference.

All Defendants that fail to uphold, honor, obey, is in violation of 18 U.S.C § 241, 242 and many other violations already asserted in all affidavits and criminal charges and other liability of claims to be inserted will be enforced so any who fails or do handle these matters Affirmation of Oath and Oaths Bonds Asserted and enforced, All Surety Bonds Requirements Enforced, and all Professional Liability Insurance Enforced when dealing with these cases, Invoking "In God We Trust" Oath in Office 28 U.S.C 453 "So Help you God" Jurisdiction See Exhibit Example to enforce and a Cease and Desist Order and Stand Order on any and all Harassment and Retaliation a Permanent Restraining and Protection Order against all Sectors a special appearance request only through these jurisdictions until more neutral mediation locations and non-contradicting or conflict of employees can be obtained.

(5).

(A). Requesting all Assets, Sureties, and Securities, to be Surrendered to Petitioner Effective immediately this is not debatable this was the only current court resolution to rush collection of Compensation:

~All Oath in Office Bonds and value amount signed over account information policy numbers and type and holding Trust agencies of all Bonds

~All Surety Bonds and value amount signed over account information policies numbers and type and holding Trust agencies of all Bonds

~All Professional Liability insurance information and account policy numbers to identify and collect

All other Methods to Consolidate, Levi, Garnish, Liquidate, Seize any all assets available for remedy.

~Force Compliance of Assets in Minnesota Tolta Account 41-1453935 including any and all Minnesota Lawyers Mutual Accounts and Policies Numbers and Underwriters of Bonds and Insurance Policies account information to seek all Payments in order to settle all debts petitioner is entitled to by all laws.

Contact Information is Submitted throughout all Affidavits Compliance is a Mandatory Requirement.

This Civil Complaint for 42.7+ Billion in Asset and Securities including interest any and all fees occurring is already won through an Administrative Common Law jurisdiction Affidavit for resolution to remedial Laws of compensation owed to petitioner as a debt from law violations asserted and a reminder of Minnesota Reviser Statute 574.24, 42 U.S.C 1983 Act, 18 U.S.C 241, 242 that is invoked and enforced by petitioner a private investigating all laws to validate merits to claim.

Denial of any DBA [Corporate Fiduciary Entities City, Local, State, Federal, International, Global, Jurisdictions of Judicial, Legislative, Executive Branch's Jurisdictions] Sectors failure for the public, private individuals, state nationals, citizens, civilians to navigate legal matters through any of these court buildings that is handling Trusts, Assets, Securities, of all sectors with a neutral mediation of accurate protocols and procedures to be followed upheld and honored for all litigants that doesn't present any further "Major Conflict of interest" to a only one-sided resolution protecting the government as the only remedy because validates merits of Breach of Fiduciary Duties, Errors of Omission, Misstatements, Perjury, Fraud, R.I.C.O Act, Espionage Act, Trading with the Enemy Act, and many other Tort Violations I'm entitled to my claim of compensation amount requested from all the "In Color of Law" Capacity tort violations harassment, retaliation, attacks, slander defamation, kidnapping of illegal detainment, Petitioner claim is won on merits and evidence and merits so any delay, equal rights like how government sectors obtain assets, compensation so Bonds & Insurance will pay court fees once collected from the cause of have petitioner indigent as retaliation more Bonds termination of positions will occur since petitioner used more accurate investigated protocols to make sure no dismissal of cases, denial of Informa Paupris, with added case law to ensure no more ministerial and authority abuse will occur or any further harm.

Tamika Latoi Suttles Private Investigator and Pro Se Litigant Standing Truth in Fact to be honored.

_[signature]_   3-4-2019

Notary Seal: GE VANG / NOTARY PUBLIC - MINNESOTA / MY COMMISSION EXPIRES 01/31/2020

Notary Name: GE VANG