

# Jurat Certificate

State of __MINNESOTA__

County of __HENNEPIN__

Subscribed and sworn to (or affirmed) before me on this __4th__ day of __MARCH__, 20__19__, by __TIMIKA LATOI SUTTLES__

Place Seal Here

GE VANG
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2020

Notary Signature _____

## Description of Attached Document

Type or Title of Document
__AFFIDAVIT AND FOIA REQUEST MULTI-PURPOSE SUBPOENA REQUEST & EXHIBIT & WITNESS LIST__

Document Date
__MARCH 4, 2019__

Number of Pages
__3__

Signer(s) Other Than Named Above

DSG3018 (Rev 00-2-15)

SCANNED
MAR 11 2019
kos
U.S. DISTRICT COURT ST. PAUL

UNITED STATES DISTRICT COURT

DISTRICT OF

MULTI- JURISDICITONAL CIVIL & CRIMINAL CASE

CC:

Forward to all Sectors "Sting Ray" Hack Cover up

UNITED STATES SUPREME COURT OF NORTH AMERICA REPUBLIC

DBA

SUPREME COURT OF UNITED STATES

AFFIDAVIT AND FOIA REQUEST

MULTI- PURPOSE SUBPEONA REQUEST &

EXHIBIT AND WITNESS LIST

CASE NUMBER:_____

*IMMEDIATE SUBPEONA REQUEST OF LENARD JOHNSON, CURTIS HALL, DONNELL HALL MILITARY RECORDS IN RELATION TO THEIR MURDERS THAT TOOK PLACE AT THESE LOCATIONS UNDER INVESTIGATION TO LOCATE ALL "IN COLOR OF LAW" CAPACITY AND SOURCED INVOLVED IN THE MURDER CONNECTED TO PROHIBITED MEDICAL EXPIERMENTATIONS AND RESEARCH ON HUMANS.

TRIPLE HOMICIDE THAT HAPPENED FEBRUARY 2002 IN GARY INDIANA AT 820/821 VIRGINIA STREET GARY INDIANA 46402 NEVER SOLVED COLD CASE RELATED TO OLD PROJECTS THAT HURT PETITIONER

MURDERED VICTIMS:

BARBARA JEAN HALL (GRANDMOTHER) FEBRUARY 2002

LENARD JOHNSON (GRAND FATHER) - WHISTLE-BLOWER FEBRUARY OF 2002

CURTIS HALL (UNCLE) – WHISTLE-BLOWER FEBRUARY 2002

DONNELL HALL (UNCLE) 1986

PETITIONER TAMIKA L. SUTTLES WAS MICROCHIPPED AND RAPPED AS A BABY IN INDIANA FROM THE HOLLYWOOD AND OTHER POLITICIANS ILLUMINATI INITIATION USING TECHNOLOY FROM MILITARY SOURCES AND OTHERS MICROCHIPS INSERTED IN BODY HAD VIDEO FOOTAGE AND OTHER EVIDENCE.

*LICENCE BELONGING TO A HOLLYWOOD ACTOR WILLIAM G. ZANE DATED 1991 TO 1992

FROM A MEDICAL SCHOOL THAT GIVES ACCESS TO TECHNOLOGY "EVANS" AND OTHER HIGH PROFILE SOURCES WAS BRINGING IN THE BUILDING EXPIERMENTING ON THE TENANTS AND HARASSMENT.

EXHIBIT AFFIDAVIT SUBPEONA & REQUEST 1

*1954 GRENADA TREATY TECHNOLOGY THAT WAS PROHIBITLY USED IN PETITIONER BODY THAT GRAND FATHER WAS PROTECTING AND WAS MURDERED FOR THE EVIDENCE TO FORCE PROHIBITED EXPIERMENTATION THAT GOT BANNED IN INDIANA FROM LAWSUIT GRANDFATHER WAS IN PURSUIT OF.

*NEED ALL ARCHIEVES FROM PYRAMID ARCHEOLGICAL FINGINGS SOME OF THAT WAS ALSO USED.

*GOOGLE SEARCH OF PRIME MINISTER PAUL HELLYNER AND OTHER POLITICIANS AND WHISTLE-BLOWERS WHO EXPOSED AREA 51 COVER UP AND OTHER TECHNOLOGY USED ON HUMAN PROHIBITLY.

* UNIVERSITY OF INDIANA, MINNESOTA, ILLINOIS, CALIFORNIA ENGAGING IN THE MK-ULTRA OLD AND NEW PROJECTS OF THE OLD VERICHIP, TROVAN, DIGITAL ANGEL, POSITIVE ID, AND OTHER MICRO-CHIPS AND LIQUID AGENTS THAT LINKS HUMANS PROHIBITED TO THE TECHNOLOGY, SOFTWARE AND SATELITTES, GRID TOWERS, TELECOMMUNICATIONS POLES USING "STING RAY" AND EMP HACKS TO ACTIVATE THE TECHNOLOY FROM RESEARCH GRANT MONEY ON ANIMALS NOT HUMANS WITHOUT CONSENT AND GRANDFATHER EXPOSED AND THEY FOLLOWED PETITIONER TO MINNESOTA CIP HOUSING PROJECT INVESTORS KNOWN AS THE GENESIS PROJECT AND OTHERS WELLS FARGO, US BANK, VALTARA GROUP, AND OTHER CONNECTED TO THE ILLEGAL EXPIERMENTATION OF PROHIBITED TECHNOLOGY TESTING ON HUMANS THAT THEY CAN SLANDER AND DEFAME THERE CREDITABILITY AND MERITS TO CLAIMS THAT WILL BE BROUGH AGAINST THEM AND SOME RESPONSIBLE FOR RAPE AND MURDER COVER UP THAT HAPPENED IN INDIANA THAT CAN BE PROVEN BY PICTURES AND DNA SAMPLES SIMILAR TO THE SES WASHINGTON PROJECT DONE TO HOMELESS AND OTHER SUBJECTS ESPECIALLY WHISTLE-BLOWERS LIKE TED GUNDERSON AND OTHER WHO SIGN CONTRACTS SO THEY ARE THREATIING THEM WITH OTHER WAYS TO GAG ORDER SILENCE I'M A VICTIM AND HERE TO SEEK JUSTICE FOR MYSELF, GRANDPARENTS, UNCLES, AND OTHER FAMILY HARASSED FOR ASSERTING RIGHTS HAVE ILLUMINATI MEMBER LIST AS EVIDENCE AND OTHER VOICE RECORDED AND VIDEO EVIDENCE TO PROVE MERITS FOR THIS SUBPEONA REQUEST AFFIDVIT FORM AND OTHER EVIDENCE TO BE COLLECTED AS INVESTIGATIONS CONTINUE.

*SUBPEONA REQUEST FOR YKESHA CHABAR EVANS, SONYA MICHELLE EVANS, JOLIE MC KENNA (CIP) DARRIEN EVANS, ARON EVANS, DARRIS EVANS, DEVONDRE EVANS, CLAUDETTE FISHER, WILLETTA EVANS AND DELL A BIKER MEMBER OF THE 4TH STREET SALOON SET UP PETITIONER FOR ILLUMINATI RITUAL.

*SUBPEONA REQUEST FOR CIP FILES AND INVOLVEMENT CONNECTED TO MURDER AND RAPE.

*SUBPEONA REQUEST FOR AREA 51 LOCATIONS MY GRANDFATHER MURDER WAS RELATED TO THIS AREA.

*EVIDENCE REVIEW OF 8TH CIRCUIT COURT OF APPEALS 18-1192 FILINGS AND PICTURES THAT SHOW THE EMP BLAST THROUGH MY NIGHT GOWN WHILE SLEEP FROM EVANS IN UNIT #1 TENANCY THERE.

*STIPULATION REQUEST TO ASSERT MORE EVIDENCE AS THE AFFIDAVIT SUBPEONA REQUEST IS HONORED AND TAMPERING OF EVIDENCE STOP FROM GOVERNMENT OFFICALS, OFFICERS AND IN LIST.

*SUBPEONA INVESTIGATION TO WHICH GOVERNMENT EMPLOYEE INTERCEPTED THE UNITED STATES SUPREME COURT OF NORTH AMERICA FILINGS DBA SUPREME COURTS OF THE UNITED STATES WITH PICTURES AND DATES TO PROVE IT WAS NEVER SENT OUT THE STATE THIS IS EVIDENCE TAMPERING.

*THE ONES UP IN MINNESOTA BRAGGED ABOUT KILLING MY GRANDPARENTS, UNCLES, TED GUNDERSON, AND THEY FORCED THEIR PSYCHOTIC ILLUMINATI RITUAL FOR REPTILIAN MORPHING OF SOME SORT AND

THE MICRO-CHIPS CONNECTED TO A VAULT AND OTHER ASSETS THAT THEY STOLE FROM ME SINCE BIRTH AND MURDERED MY FAMILY TO HAVE FULL ACCESS AFTER THEY STOLEN BANK ACCOUNTS AND POLICIES.

This Affidavit is navigating through all jurisdictions as an Administrative Common law resolution and Remedy method used before any courts enacted of Common law Jurisdictions Peace Treaties etc.,

*Since a Major Conflict of Interest is at stake and the level of government involvement any government in their official capacities fail to obligate duties when multiple Tort Violations are happening in government buildings, locations, sectors, and other Title names and labels must have all levels of Bonds and Professional Liability insurance including oath in office affirmations and oath bonds required by law when a public office, seat, employee title is dealing with all public and private assets and securities.

SPECIAL APPEARNCE

On this day of 4th March 2019 this Affiant Affidavit Jurat Stands and Truth in Fact and to the best of abilities so help us God.

Tamika Latoi Suttles Private Investigator, Pro Se Petitioner, and Victim

_Tamike J. Suttles_  3.4.2019

5101 Bass Lake Rd # 3

Crystal MN, 55429

763-951-9882 phones hacked by "Sting Ray" Cover up

Godzprotected88@yahoo.com

Notary Name: Ge Vang

Notary Seal: GE VANG, NOTARY PUBLIC - MINNESOTA, MY COMMISSION EXPIRES 01/31/2020

EXHIBIT AFFIDAVIT SUBPEONA & REQUEST 3