UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Tamika Latoi Suttles,

    Plaintiff,

v.

CC: Forward to All Sectors through all Navigational Methods In all Color of Law Capacities, et al.,

    Defendants.

File No. 19-cv-00667 (ECT/SER)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

    This case is before the Court on a Report and Recommendation issued by Magistrate Judge Steven E. Rau. ECF No. 4 ("R&R"). Magistrate Judge Rau recommends denying Suttles's application to proceed in forma pauperis and dismissing her Complaint without prejudice [ECF Nos. 1, 2] because her Complaint fails to state a cause of action on which relief may be granted. R&R at 1–3. Suttles filed objections to the Report and Recommendation. ECF No. 6. Because Suttles has objected, the Court is required to review the Report and Recommendation de novo pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b)(3). The Court has undertaken that de novo review and has concluded that Magistrate Judge Rau's analysis and conclusions are correct.

    Therefore, based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED** that:

    1.    The Objections to the Report and Recommendation [ECF No. 6] are **OVERRULED**;

    2.    The Report and Recommendation [ECF No. 4] is **ACCEPTED** in full;

3. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

4. Plaintiff's application to proceed in forma pauperis [ECF No. 2] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 15, 2019
s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court